No. 2995. ANDREU, APPELLEE, v. NOBLE ET AL., APPELLANTS.—District Court of Humacao. Decided March 19,

1924. No fundamental error appearing to have been committed, the judgment was affirmed.